# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 10, 2014

## NO. 03-13-00630-CR

**Dylan Shane Caad, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
## DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE ROSE

This is an appeal from the order denying appellant's motion to suppress evidence entered by the district court. Having reviewed the record, it appears that the Court lacks jurisdiction over this interlocutory appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.